IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 8:12-cv-1803-T-30EAJ |
| ) | |
| RIDGE CROSSINGS CAPITAL, LTD.; and ) | |
| EURO AMERICAN ADVISORS, INC., ) | |
| ) | |
| Defendants. ) | |

FINAL DEFAULT JUDGMENT

THIS CAUSE comes before the Court upon Plaintiff's Motion for Entry of Default Judgment Against Defendants Ridge Crossings Capital, Ltd. and Euro American Advisors, Inc. (Dkt. 13). The Court, having reviewed the motion and being otherwise advised in the premises, concludes the motion for default judgment should be granted.

It is therefore ORDERED AND ADJUDGED that:

1. Final default judgment is entered in favor of the United States and against the Defendants Ridge Crossings Capital, Ltd., and Euro American Advisors, Inc., jointly and severally, in the amount of $1,250,980.11, plus interest pursuant to 26 U.S.C. Sections 6621 and 6622 from July 15, 2012.

2. The Clerk is directed to CLOSE this case.

Done and Ordered in Chambers at Tampa, Florida this 21 day of February, 2013.

James S. Moody, Jr.
United States District Judge

9610932.1